IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Gray, Willie G | Case Number: 05 B 14493 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 4/8/08 | Filed: 4/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: June 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,288.00 |  |
| Secured: |  | 3,191.11 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,795.64 |
| Trustee Fee: |  | 301.25 |
| Other Funds: |  | 0.00 |
| Totals: | 6,288.00 | 6,288.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,910.00 | 2,795.64 |
| 2. | Future Finance | Secured | 4,327.31 | 3,191.11 |
| 3. | Internal Revenue Service | Priority | 1,729.10 | 0.00 |
| 4. | Midnight Velvet | Unsecured | 9.60 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 17.32 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 30.22 | 0.00 |
| 7. | Monroe & Main | Unsecured | 18.99 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 40.11 | 0.00 |
| 9. | Merrick Bank | Unsecured | 79.03 | 0.00 |
| 10. | Illinois Dept Of Human Service | Unsecured | 198.40 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 207.63 | 0.00 |
| 12. | Illinois Dept Of Employment Sec | Unsecured | 453.80 | 0.00 |
| 13. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 14. | Bonded Collection Agency | Unsecured |  | No Claim Filed |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |
| 17. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 10,021.51 | $ 5,986.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 35.37 |
| 5.5% | 144.06 |
| 5% | 39.30 |
| 4.8% | 75.45 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gray, Willie G | Case Number: 05 B 14493 |
| | Judge: Hollis, Pamela S |
| Printed: 4/8/08 | Filed: 4/15/05 |

```
            5.4%                7.07
                            _____
                            $ 301.25
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____